## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: TESTOSTERONE                          )
REPLACEMENT THERAPY                          )     Case No. 1:14-cv-01748
PRODUCTS LIABILITY LITIGATION                )     MDL No. 2545
                                             )
This Document Relates To:                    )
*Stephen Young and Maggie Rogers v.*         )
*AbbVie Inc., et al.*                        )
Case No. 1:15-cv-08252                       )
                                             )

### PLAINTIFF'S RESPONSE TO CASE MANAGEMENT ORDER NO. 110

The Plaintiff, the estate of Stephen Young (Deceased) and Maggie Rogers, by his attorneys, A. Donald C. Discepolo, Brandon T. Wolven, and the attorneys at Discepolo LLP, respectfully responds to Case Management Order No. 110, and hereby states as follows:

1.      The undersigned, on behalf of the Plaintiff, acknowledges that due to technical issues, the undersigned was unable to open and identify Case Management Order 110 on April 6th, 2018. On or about April 27, 2018, the undersigned counsel notice an influx of court filings regarding Case Management Order 110 and immediately contacted this Honorable Court's Courtroom Deputy contact as listed on this MDL's home page portal. At which time, the undersigned was referred and directed to technical services where access was finally obtained to view Case Management Order 110.

2.      Upon immediate review of Case Management Order 110, the undersigned contacted the Plaintiff to have the Plaintiff Fact Form appropriately filled out, signed and returned.

3.      On May 4th, 2018, the Plaintiff has completed and executed the Plaintiff Profile Form as required by Case Management Order 110. This form, accompanied by medical records

demonstrating injury and TRT use, were served on May 4th, 2018 pursuant to Case Management

Order 110.

      4.     Please find attached as exhibits the Plaintiff Profile Form (PPF) and proof of

service of said documents.

      5.     Accordingly, the Plaintiff has cured the alleged deficiency by submitting the PPF.

      **WHEREFORE**, the Plaintiff respectfully requests that this Honorable Court:

      A.     Accept and acknowledge the Plaintiff's PFS as executed and served pursuant to

Amended CMO 110 in this case;

      B.     Deny any future Motions to Dismiss with Prejudice pursuant to CMO 110 as the

Plaintiff has cured all deficiencies to date; and,

      C.     Grant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

/s/ *A Donald C. Discepolo, Esq.*
A. Donald C. Discepolo
Don@discepolollp.com
Brandon T. Wolven, Esq.
Brandon@discepolollp.com
DISCEPOLO LLP
210 E. Lexington Street
Suite 200
Baltimore, Maryland 21202
Telephone: (410) 296-0780
Facsimile: (410) 296-2263
*Attorney for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

  **I HEREBY CERTIFY** that on this __4__ day of May, 2018, a copy of the

foregoing was served by first class mail, postage pre-paid, to:

Christopher R. Boisvert
DECHERT LLP
2929 Arch Street, Cira Center
Philadelphia, PA 19104-2808

Michelle Hart Yeary
DECHERT LLP
902 Carnegie Center, Suite 500
Princeton, NJ 08540-6531

          */s/ A Donald C. Discepolo, Esq.*
          A Donald C Discepolo, Esquire