# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: TESTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO: | MDL No. 2545<br><br>Master Docket Case No. 1:14-cv-01748<br><br>Honorable Matthew F. Kennelly |
| *Damon Aaron v. AbbVie Inc., et al.*,<br>Case No. 1:16-cv-01189 | |
| *John D. and Allyson Adkins v. Auxilium Pharmaceuticals, Inc., et al.*,<br>Case No. 1:15-cv-05747 | |
| *James Alford v. AbbVie Inc., et al.*,<br>Case No. 1:15-cv-09052 | |
| *Theodore E. and Carol A. Allen v. Endo Pharmaceuticals Inc., et al.*,<br>Case No. 1:16-cv-00201 | |
| *Marvin Ballard v. Endo Pharmaceuticals Inc., et al.*,<br>Case No. 1:16-cv-01841 | |
| *John Brinson v. AbbVie Inc., et al.*,<br>Case No. 1:16-cv-08974 | |
| *Toby Brister v. Endo Pharmaceuticals Inc., et al.*,<br>Case No. 1:15-cv-03570 | |
| *Donald Burns v. Endo Pharmaceuticals Inc., et al.*,<br>Case No. 1:14-cv-10376 | |
| *Michael and Patricia Casey v. Endo Pharmaceuticals Inc., et al.*,<br>Case No. 1:16-cv-01371 | |
| *Laura L. Fisher, as the Surviving Spouse and heir of Jeffery Fisher v. Endo Pharmaceuticals Inc.*,<br>Case No. 1:16-cv-00306 | |
| *Bobby and Marsha Giles v. Auxilium Pharmaceuticals, Inc., et al.*,<br>Case No. 1:15-cv-05370 | |
| *Steven and Linda Hebert v. Auxilium Pharmaceuticals, Inc., et al.*,<br>Case No. 1:14-cv-09321 | |
| *Jerome and Yvonne Hogan v. AbbVie Inc., et al.*,<br>Case No. 1:15-cv-06883 | |
| *Robert L. Humble v. AbbVie Inc., et al.*,<br>Case No. 1:14-cv-06324 | |

1

| |
|---|
| *Catherine Munson, Individually and as Surviving Spouse of Luther, Deceased v. Endo Pharmaceuticals Inc., et al.*, Case No. 1:16-cv-03430 |
| *Clement Nweke v. Endo Pharmaceuticals Inc., et al.*, Case No. 1:16-cv-00059 |
| *Robert Pitts v. Eli Lilly & Company, et al.*, Case No. 1:16-cv-06080 |
| *Sherry Pudelek, Individually and as Special Administrator of the Estate of James Pudelek v. Auxilium Pharmaceuticals, Inc., et al.*, Case No. 1:15-cv-11718 |
| *Domingo and Michelle Rivera v. Endo Pharmaceuticals Inc., et al.*, Case No. 1:16-cv-06087 |
| *Samuel Rivera v. Endo Pharmaceuticals Inc., et al.*, Case No. 1:15-cv-10957 |
| *Gary Rush v. Endo Pharmaceuticals Inc.*, Case No. 1:17-cv-03286 |
| *James Ryan v. Auxilium Pharmaceuticals, Inc., et al.*, Case No. 1:17-cv-00711 |
| *Marc D. Still v. Endo Pharmaceuticals Inc., et al.*, Case No. 1:15-cv-08867 |
| *Sandra Tollett, as anticipated Personal Representative of the Estate of Lonnie Tollett v. Endo Pharmaceuticals Inc., et al.*, Case No. 1:16-cv-01157 |
| *Robert Wall v. Auxilium Pharmaceuticals, Inc., et al.*, Case No. 1:16-cv-00669 |
| *Kenneth Wilson v. Endo Pharmaceuticals Inc., et al.*, Case No. 1:17-cv-00151 |
| *Tyrone Wright v. Endo Pharmaceuticals Inc., et al.*, Case No. 1:15-cv-04909 |
| *Stephen N. Young and Maggie Rogers v. Abbott Laboratories, et al.*, Case No. 1:15-cv-08252 |

**CASE MANAGEMENT ORDER NO. 151 -
CLARIFYING THE DEADLINE TO COMPLY WITH CASE MANAGEMENT ORDER
NO. 126 FOR PLAINTIFFS DEEMED INELIGIBLE FOR THE CONFIDENTIAL
MASTER SETTLEMENT BY SPECIAL MASTER RANDI ELLIS**

This matter is before the Court on the Endo Defendants' Motion For A Case Management

Order Clarifying The Deadline To Comply With Case Management Order No. 126 For Plaintiffs

2

Deemed Ineligible For The Confidential Master Settlement By Special Master Randi Ellis, filed April 24, 2019.

It is hereby ordered that counsel of record for each Plaintiff identified on Exhibit A below have until July 29, 2019, 90 days from the entry of this Order to either: (a) file a stipulation dismissing the Endo Defendants with prejudice; or (b) comply with the CMO 126 obligations of paragraphs B.9. and B.10.

Plaintiffs' counsel are directed to immediately advise their clients in writing of this order and to verify their compliance in writing in the individual case docket.

Status report regarding whether something was filed by each plaintiff is to be filed by counsel for Endo by August 5, 2019.

**IT IS SO ORDERED.**

Dated:  4/30/2019

_____
MATTHEW F. KENNELLY
UNITED STATES DISTRICT JUDGE

Exhibit A

| | Current Docket Info | Date Filed | Plaintiff Last Name | Plaintiff First Name | Endo Defendants | Plaintiff's Counsel |
|---|---|---|---|---|---|---|
| 1. | Illinois, Northern District - 1:16-cv-01189 | 1/26/2016 | Aaron | Damon | Endo Pharmaceuticals Inc.; Auxilium Pharmaceuticals Inc.; GlaxoSmithKline LLC | Pierce Skrabanek PLLC |
| 2. | Illinois, Northern District - 1:15-cv-05747 | 6/29/2015 | Adkins | John D. and Allyson | Endo Pharmaceuticals Inc.; Auxilium Pharmaceuticals, Inc | Schachter, Hendy & Johnson PSC |
| 3. | Illinois, Northern District - 1:15-cv-09052 | 10/13/2015 | Alford | James | Endo Pharmaceuticals Inc.; Auxilium Pharmaceuticals Inc.; GlaxoSmithKline LLC | Shamberg Johnson & Bergman |
| 4. | Illinois, Northern District - 1:16-cv-00201 | 1/8/2016 | Allen | Theodore E. and Carol A. | Endo Pharmaceuticals Inc.; Auxilium Pharmaceuticals Inc.; GlaxoSmithKline LLC | Simmons Hanly Conroy |
| 5. | Illinois Northern District - 1:16-cv-01841 | 2/1/2016 | Ballard | Marvin | Endo Pharmaceuticals Inc.; Auxilium Pharmaceuticals Inc.; GlaxoSmithKline LLC | Robins Cloud LLP |
| 6. | Illinois, Northern District - 1:16-cv-08974 | 9/15/2016 | Brinson | John | Endo Pharmaceuticals Inc.; Auxilium Pharmaceuticals, Inc | Seeger Weiss LLP |

|  | Current Docket Info | Date Filed | Plaintiff Last Name | Plaintiff First Name | Endo Defendants | Plaintiff's Counsel |
|---|---|---|---|---|---|---|
| 7. | Illinois, Northern District - 1:15-cv-03570 | 4/23/2015 | Brister | Toby | Endo Pharmaceuticals Inc. | Ball & Bonholtzer |
| 8. | Illinois, Northern District - 1:14-cv-10376 | 12/28/2014 | Burns | Donald | Endo Pharmaceuticals Inc. | Douglas & London, P.C. |
| 9. | Illinois, Northern District - 1:16-cv-01371 | 1/28/2016 | Casey | Michael and Patricia | Endo Pharmaceuticals Inc.; Auxilium Pharmaceuticals, Inc | Seeger Weiss LLP |
| 10. | Illinois, Northern District - 1:16-cv-00306 | 1/11/2016 | Fisher | Laura Fisher, as the Surviving Spouse and Heir of Jeffery Fisher | Endo Pharmaceuticals Inc. | Gori Julian & Associates, P.C. |
| 11. | Illinois, Northern District - 1:15-cv-05370 | 6/18/2015 | Giles | Bobby and Marsha | Auxilium Pharmaceuticals, Inc.; GlaxoSmithKline LLC | Sill Law Group |
| 12. | Illinois, Northern District -1:14-cv-09321 | 11/5/2014 | Hebert | Steven and Linda | Auxilium Pharmaceuticals, Inc. | Locks Law Firm |
| 13. | Illinois, Northern District - 1:15-cv-06883 | 8/6/2015 | Hogan | Jerome and Yvonne | Endo Pharmaceuticals Inc. | Seeger Weiss LLP |
| 14. | Illinois, Northern District - 1:14-cv-06324 | 7/31/2014 | Humble | Robert L. | Auxilium Pharmaceuticals, Inc. | Stueve Siegel Hanson LLP |
| 15. | Illinois, Northern District - 1:16-cv-03430 | 3/18/2016 | Munson | Catherine, Individually and as Surviving Spouse of Luther, Deceased | Endo Pharmaceuticals Inc.; Auxilium Pharmaceuticals Inc.; GlaxoSmithKline LLC | Stueve Siegel Hanson LLP |

5

|  | Current Docket Info | Date Filed | Plaintiff Last Name | Plaintiff First Name | Endo Defendants | Plaintiff's Counsel |
|---|---|---|---|---|---|---|
| 16. | Illinois, Northern District - 1:16-cv-00059 | 1/4/2016 | Nweke | Clement | Endo Pharmaceuticals Inc.; Auxilium Pharmaceuticals Inc.; GlaxoSmithKline LLC | Robins Cloud LLP |
| 17. | Illinois, Northern District - 1:16-cv-06080 | 6/10/2016 | Pitts | Robert | Endo Pharmaceuticals Inc.; Auxilium Pharmaceuticals Inc.; GlaxoSmithKline LLC | Baron & Budd, P.C. |
| 18. | Illinois, Northern District - 1:15-cv-11718 | 12/29/2015 | Pudelek | Sherry Pudelek, Individually and as Special Administrator of the Estate of James Pudelek | Auxilium Pharmaceuticals, Inc.; GlaxoSmithKline LLC | Meyers & Flowers, LLC |
| 19. | Illinois, Northern District - 1:16-cv-06087 | 6/10/2016 | Rivera | Domingo and Michelle | Endo Pharmaceuticals Inc.; Auxilium Pharmaceuticals Inc.; GlaxoSmithKline LLC | Seeger Weiss LLP |
| 20. | Illinois, Northern District - 1:15-cv-10957 | 12/7/2015 | Rivera | Samuel | Endo Pharmaceuticals Inc.; Auxilium Pharmaceuticals, Inc | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor |
| 21. | Illinois, Northern District -1:17-cv-03286 | 5/1/2017 | Rush | Gary | Endo Pharmaceuticals Inc. | Robins Cloud LLP |

|  | Current Docket Info | Date Filed | Plaintiff Last Name | Plaintiff First Name | Endo Defendants | Plaintiff's Counsel |
|---|---|---|---|---|---|---|
| 22. | Illinois, Northern District - 1:17-cv-00711 | 1/30/2017 | Ryan | James | Auxilium Pharmaceuticals Inc.; GlaxoSmithKline LLC | Meyers & Flowers, LLC |
| 23. | Illinois, Northern District - 1:15-cv-08867 | 10/6/2015 | Still | Marc D. | Endo Pharmaceuticals Inc.; Auxilium Pharmaceuticals Inc.; GlaxoSmithKline LLC | Jensen & Steffey |
| 24. | Illinois, Northern District - 1:16-cv-01157 | 1/26/2016 | Tollett | Sandra Tollett as anticipated Personal Representative of the Estate of Lonnie Tollett | Endo Pharmaceuticals Inc.; Auxilium Pharmaceuticals, Inc | Seeger Weiss LLP |
| 25. | Illinois, Northern District - 1:16-cv-00669 | 1/16/2016 | Wall | Robert | Auxilium Pharmaceuticals, Inc.; GlaxoSmithKline LLC | Meyers & Flowers, LLC |
| 26. | Illinois, Northern District - 1:17-cv-00151 | 1/9/2017 | Wilson | Kenneth | Endo Pharmaceuticals Inc.; Auxilium Pharmaceuticals Inc.; GlaxoSmithKline LLC | Robins Cloud LLP |
| 27. | Illinois, Northern District - 1:15-cv-04909 | 6/4/2015 | Wright | Tyrone | Endo Pharmaceuticals Inc.; Auxilium Pharmaceuticals Inc.; GlaxoSmithKline LLC | Bohrer Brady, LLC |
| 28. | Illinois, Northern District - 1:15-08252 | 9/21/2015 | Young | Stephen N. Young and Maggie Rogers | Auxilium Pharmaceuticals, Inc. | Discepolo LLP |